# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131790

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PIETRO ERNEST TERRELL,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131790
COA: 269643
Kent CC: 01-009270-FC

On order of the Court, the application for leave to appeal the June 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

t1120